UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANCESCA N. CASTLEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-0497-DKL-WTL |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

*Final Judgment*

The Court, having made its *Entry on Judicial Review*, now **ORDERS, ADJUDGES, AND DECREES** that the decision of the Administrative Law Judge denying Francesca N. Castlel's applications for social security disability insurance benefits and supplemental security income benefits be, and hereby is, **AFFIRMED**.

DATED: 1/25/2017

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Electronic distribution to counsel of record